IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINAMARIE CRUZ, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 4:14-CV-00723 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : (Judge Brann) |
| Defendant | : |

ORDER
March 20, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

      1. The Clerk of Court shall enter judgment in favor of Tinamarie Cruz and against the Commissioner of Social Security, as set forth in the following paragraph.

      2. The decision of the Commissioner of Social Security denying Tinamarie Cruz disability insurance and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

      2.1 Conduct a new administrative hearing and appropriately evaluate the medical and vocational evidence and the credibility of Cruz.

3. The Clerk of Court shall close this case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge